In Memory Of

# Michael "Blackie" Schneider, age 63, of Miles City, MT

April 28, 1958 – November 6, 2021



On November 6, 2021,"Blackie", surrounded by family, was called to the gates of heaven. Blackie passed away due to COVID 19 complications.

Michael Ray Schneider was born on April 28, 1958 to Edwin and Esther (Bauer) Schneider in Miles City, Montana. He attended grade school and graduated high school from CCDHS in 1977. While attending high school he was an avid Cowboy football player and wrestler and continued to support the Cowboys until his last month on Earth. After graduation, he went to work as a tire tech at L.P. Anderson later became an assistant manager after it was sold to Tire Rama. He was an employee there for 24 years. Blackie then worked for Blue Rock Distributing for several years, Hagemeister Family, and was currently employed at Custer County Transit. Blackie married his sweetheart Carol on June 6, 1992. With raising 3 children, 7 grandchildren, and 5 great grandchildren his family was complete.

Blackie loved spending time with his friends and family. His grandchildren were his pride enjoy and he lovingly had a nickname he chose for each one that he called them by.  He loved watching his grandkids succeed in their educations and life.  He supported them in their school activities and 4-H.  He cherished his time spent with his wife having coffee each day and watching their favorite TV shows. Blackie loved to barbeque and entertain.  He was known for making excellent prime rib, pumpkin pies like no other and his famous fudge. He looked forward to the holidays with his family baking, cooking, eating, laughing and napping together.  He was an arm-wrestling champ and took pride in supporting Griz football. He enjoyed outdoor activities including fishing and camping. Blackie was known for his strong work ethic.

Blackie is survived by his wife Carol, and bonus children Doug and Robert Schneider and Jenny Lindvold and his best friend and son-in-law Royce Lindvold all of Miles City. 7 grandchildren, Danielle (Aaron) Eustice, Brittany (Scott) Andreason, Colten Schneider (Sierra), from Sidney, MT, D.J. Schneider of Jordan, Jordan Hagemeister (Logan), Casey Schneider and Wyatt Lindvold of Miles City, MT. Also 5 great grandchildren Brody, Brady, Bradley, and Brawley Eustice and Paisley Andreasen. Siblings, Ron (Samantha) Schneider, Greg (Beth) Schneider, Starla Williams and Dolly Schneider all of Miles City, MT. Sister-in-law Shelly Schneider of Dickinson, ND, Marie Hoth of Billings and Cammie Peters of Minnesota. Brother-in-laws Virgil and Wade Myers of Minnesota. Also survived by Papa Stan Clelland, Sister-in-law Shelly (Jack) Weger and Sherry Stanhope. Brother-in-laws Randy Stanhope and Dave (Deb) Stanhope. Several nieces and nephews and a special nephew Willis (Brittani) Schneider of Oregon. Also surviving are 6 special kids that were like grandchildren Grady, Kyler, Gavin, Garrett, Blake, and Alexis Hagemeister. He is preceded in death by his parents and siblings Willie, Jerome, and Sandra.

Visitation will be held on Friday, November 12, 2021 at Stevenson & Sons Funeral Home with family receiving friends from 4:00-6:00 p.m.  Funeral services will be held on Saturday, November 13, 2021 at 11:00 a.m. at Grace Bible Church in Miles City.  Interment will follow in the Custer County Cemetery.  Condolences may be sent to the family by visiting:  [www.stevensonandsons.com](www.stevensonandsons.com).

In memorial of "Blackie" donations can be made to CCDHS Cowboy football and wrestling team, 20 S. Center Ave., Miles City, MT 59301. (attention; Anita)

# Service Schedule

## FAMILY TO RECEIVE FRIENDS

4:00 p.m. to 6:00 p.m.
Friday November 12, 2021
Stevenson & Son's Funeral Home
1717 Main Street
Miles City, MT 59301
[View map](#)

## FUNERAL SERVICE

11:00 a.m.
Saturday November 13, 2021
Grace Bible Church
3505 Stower Street
Miles City, MT 59301
[View map](#)

## INTERMENT

Saturday November 13, 2021
Custer County Cemetery
Cemetery Road
Miles City, MT 59301
[View map](#)

# Memories

**Mary Ann Stoltz says**

Carol, I'm heart goes ou5 you! Mike a very guy, the Lord help you through at this ti.e!

**Fred scheid says**

Carol and family my heart goes out to you. I worked with Blackie for many years and I'm very proud to call him my friend.

### Kayla (Gookin) Carpenter says

I am so sad to hear about the passing of blackie. He was a pretty awesome, kind hearted, smart and funny guy. My mom worked with him at tire rama for many years,this is how i came to know him, then my husband at pepsi for a brief time. He will be dearly missed my many! To carol and family, your all in my thoughts & prayers! May the lord wrap his arms around you in this time of sadness!

### Fred and Marge Tetschner says

Sorry to hear about Blackie. I knew him when we worked at the Old Custer Co. Rest home. My husband Fred and I also bowled with him. He was a very nice young man.
Our thoughts and prayers go out to the family.

### MARTHA CRANDALL says

My sympathy

### Shorty & Judy says

Carol you are in our prayers Blackie was one special person he will be missed by all praying that god will give you all the strength now and in the days to come

### Deanna Walie and family says

Carol my dear friend and coworker, Blackie will aways be remembered as a caring and loving husband, father, and papa. He was gentle, kind, lived his life for his soul mate and family, He was always there if anyone needed help, without being judgmental. I pray God's loving arms surround you and your family in this time of sadness.

**Bonnie Lopez says**

My Friend. I'm truly at a loss for words. Nearly 60 years we've been in and out of each other's life, shared joys and sorrow. It's hard to believe that he's gone. This gentle giant of a man. Today I share your sorrow. My love and prayers for you and your family. I will be here if you need an understanding ear. I love you all.

**Jeri and Joe Dalbec says**

Carol, We are so sad and sorry. RIP, Blackie.

**David & Danette Olguin says**

Carol and family we are so saddened to hear about Blackie and hearts and prayers are with all of you at this time. Cherish all your fond memories and keep them close to your heart. Love you all 💕

**James Arneson says**

I was able to visit with Blackie at the park around a month ago. I am glad we had the chance that day. Carol, family and friends, my heart goes out to you all. It is so hard to grasp the loss of another person I went to school with so young. I pray God comforts you all now and always, warms your hearts with the best of memories. REST IN PEACE,

**Jeff Faycosh says**

Our thoughts and prayers are with Carol and the family. Blackie was one of a kind we all miss him.

**Tim and Tracy says**

Carol and family,

I am so saddened to hear of the loss of Blackie. He was one of the good

guys. You are in our thoughts and prayers. RIP Blackie!!

**Marla Warford says**

So sorry for your loss. Blackie was a true gentleman and will be missed by many.
Blackie and his family lived across street from my Aunt n Uncle & family growing up. The kids were always at each others place.

**Sandi Kohones and Jon Wilkerson says**

Jon and I are so sorry to learn of Blackie's passing. He was a wonderful person and will be missed by all who knew him. Thoughts and prayers for all of you during this time.

**Diane M Welbes says**

Carol–Sorry to hear about your loss. May it comfort you to know; that I care.

**Jean Jones says**

Oh Carol. My heart is breaking for you and tge family. My prayers are with you all.

**Jean Jones says**

Oh Carol. My heart is breaking for you and the family. My prayers are with you all.

**Donna says**

Carol sorry for your loss my thoughts are with you

### Dori Boulanger says

Blackie was a good man with a heart of gold. My heart hurts as I am proud to have called him my friend. My thoughts and prayers go out to his family as he will be greatly missed. Rest in peace Blackie !!!

### Jan Munroe says

I am so very sorry for your loss. I pray for comfort for you and the kids.

### Tracee Raymond says

To the entire Schneider Family,
I was saddened to hear about Blackie's passing. I know this has caused you all a tremendous heartache along with all of his friends. All I can say is God got himself a very kind and special angel. Blackie will be dearly missed by all. Sending you all hugs and lots of prayers. RIP my friend!

### Peggy L Smotherman says

Carol and all of Blackie's family we are so sorry for your loss. May God comfort you at time and may he give you peace in your memories!! Peggy and Les

### Janet & Rachel Stanhope says

We are so very sorry to hear of Blackie's passing. What a loss to everyone. We send all our prayers and love your way in this very difficult time.

### Jana Mueller says

Carol and family, I am sorry for your loss and pray you find comfort in your many wonderful memories.

**Sheila Rickett says**

So sorry for your loss. He will be missed a lot. Went to school with him and have known the family for a long time. Prayers for all of you

**Wanda Hoff Bankey says**

I am so sorry for your loss. I have known him a long time. Grew up in that neighborhood. Also went to school with him. Prayers for all of you.

**Jackie says**

Carol, Jenny and family, me deepest sympathy to all of you during this time. My heart aches for you. Sending prayers and hugs to each of you

**Tammy Mallett Pecha says**

So sorry for your loss.He was so helpful to me at Tire a Rama years ago when I had lots of tire issues.

**Rebecca Gookin says**

Carol and family. We are so very sorry to hear about Blackie.
You are all in our thoughts and prayers.

**Terry Virag says**

Carol and family. Charice and I were very saddened to hear of Blackie's passing. He was such a great guy with always a smile on his face and some story to tell that would make one laugh. I have known him a long time and our prayers go out to you Carol. We are still saddened but we must go on. Take care.

### Marcy Stabler Parks says

Carol, Greg, Fritz, Starla, and families, I am so sorry! Blackie was a great guy. You are all in my thoughts and prayers. My heart goes out to all of you.

### Robbie Norton says

Carol and to the family im so sorry for your loss he was a very kind man pretty funny of what I can remember may he REST IN HEAVENLY PEACE

### Scott & Valerie Woodhead says

Carol and family, we are so sorry to hear of your loss. Blackie was a special guy and he will be missed but always loved.

### Gary Tyler says

Carol and family: Blackie was special and kind man always dotting his I's and crossed his t's prayers for you and yours…God bless

### Della Ahearn says

My dear friend my heart goes out for you, Blackie was truly a wonderful person, you and your family are in my prayers, Blackie is angel up above watching over you

### Kathy Damm Culy says

Carol and family
I'm so sad to read of Blackie's passing…
My thoughts an prayers are with you

Michael "Blackie" Schneider, age 63, of Miles City, MT