IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DOUGLAS JAMES SCHNEIDER,<br><br>Defendant. | Case No. 1:19-cr-00124<br><br>**UNITED STATES' RESPONSE TO DEFENDANT'S MOTION FOR FURLOUGH** |

The United States of America, by Nicholas W. Chase, Acting United States Attorney for the District of North Dakota, and Gary L. Delorme, Assistant United States Attorney, responds in Opposition to Defendant's Motion for Furlough. The defendant has entered a guilty plea on the matter and is currently in custody.

Douglas Schneider entered a guilty plea to a one count Indictment charging him with causing the interstate travel of a minor with the intent of engaging in sexual acts with the minor. This Court accepted the defendant's plea of guilty on September 8, 2021.

The United States opposes a furlough for Mr. Schneider as he was determined to be a threat to himself or the community by the magistrate's court and remains a threat to himself or the community. Schneider's underlying conduct involved himself sexually molesting the minor victim, M.J. Schneider sexually molested M.J. for a period of 4-5 years and ending when M.J. was 11-years-of-age. Because Schneider has now entered a guilty plea, he now faces a guidelines range at sentencing of 210-262 months, which is a significant amount of time.

The Presentence Investigation Report will further indicate that the matter before the Court came to the attention of law enforcement authorities as a result of Schneider engaging in an unlawful sexual relationship with 17-year-old minor that had been working at Schneider's family restaurant in South Dakota. The sexual relationship with this minor resulted in a charge and conviction in North Dakota.

Given the conduct related to Schneider's current charges and his conduct related to the 17-year-old minor, Schneider, as a currently untreated sex offender, is a threat to the community. In addition, given the severity of the sentence Schneider is looking at, he may well also be a threat to himself.

Moreover, the severity of the sentence Schneider may be facing, may provide Schneider ample motivation to abscond in order to avoid the imposition of sentence.

While the United States sympathizes with Schneider for his loss, the federal, state, and local penal systems of the United States are filled with individuals who have lost loved ones and as a result of incarceration were unable to pay their last respects in person. However unfortunate, Schneider chose to commit the crime he now awaits sentencing on and given his crimes he committed, he cannot be trusted to be released even for a short period of time. As such, the United States opposes Schneider's Motion for Release on Furlough.

Dated:  November 9, 2021

                                  NICHOLAS W. CHASE
                                Acting United States Attorney

By:   /s/ *Gary L. Delorme*
       GARY L. DELORME
       Assistant United States Attorney
       P.O. Box 699
       Bismarck, ND  58502-0699
       (701) 530-2420
       ND Bar Board ID No. 05845
       Gary.Delorme@usdoj.gov
       Attorney for United States